# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 218 EAL 2022

       Respondent    :

       :    Petition for Allowance of Appeal
       :    from the Order of the Superior Court

       v.    :

FRANK AIELLO,    :

       Petitioner    :

COMMONWEALTH OF PENNSYLVANIA,    :    No. 219 EAL 2022

       Respondent    :

       :    Petition for Allowance of Appeal
       :    from the Order of the Superior Court

       v.    :

FRANK AIELLO,    :

       Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.